1036

[No. 6985-7-II.  Division Two.  August 7, 1985.]

JOSEPH J. BATH, ET AL, *Appellants,* v. JUDITH M.
DORNBLASER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 81-2-03225-2, Waldo F. Stone, J., entered
April 1, 1983. *Reversed* and *vacated* by unpublished
opinion per Petrich, J., concurred in by Worswick, C.J., and
Alexander, J.

[Nos. 8261-6-II; 8262-4-II.  Division Two.  August 8, 1985.]

*In the Matter of* SHAWNA MARIE WETZEL.

*In the Matter of* LEDAWN LEE WETZEL.

Appeals from judgments of the Superior Court for Kitsap
County, Nos. JD-636, JD-635, James D. Roper, J., entered
September 13, 1984. *Affirmed* by unpublished opinion per
Reed, J., concurred in by Worswick, C.J., and Petrich, J.

[No. 6454-5-II.  Division Two.  August 8, 1985.]

JAMES REGAN, ET AL, *Appellants,* v. SOON JA
DEARINGER, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 274473, J. Kelley Arnold, J., entered June 11,
1982. *Affirmed* by unpublished opinion per Petrich, J.,
concurred in by Worswick, C.J., and Alexander, J.